UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE HOMAR PEREZ GONZALEZ,

    Plaintiff,                      Hon. Janet T. Neff

v.                                     Case No. 1:08-cv-01179

EAGLE CLAW FEATHER DOWN, INC., et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Application for Entry of Default Judgment (Dkt. 15), which was referred to the undersigned by the Honorable Janet T. Neff for report and recommendation. It appearing that Plaintiff has complied with Fed. R. Civ. P. 55(b), the undersigned recommends that default judgment be entered against all Defendants in the amount of $36,229.68.

                                              Respectfully submitted,

Date: August 10, 2009                  /s/ Ellen S. Carmody
                                              ELLEN S. CARMODY
                                              United States Magistrate Judge

     OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).