UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JOSE HOMAR PEREZ GONZALEZ,

    Plaintiff,

Case No. 1:08-cv-1179

v.

Hon. Janet T. Neff

EAGLE CLAW FEATHER DOWN, INC.,
et al.,

    Defendants.

_____/

### JUDGMENT APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 10, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Entry of Default Judgment (Dkt. No. 15) is GRANTED.

**IT IS FURTHER ORDERED** that judgment is entered against all defendants in the amount of $36,229.68.

Dated: August 28, 2009

/s/Janet T. Neff
JANET T. NEFF
UNITED STATES DISTRICT JUDGE